# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

*NOTE: All documents filed in this matter must be identified by both
adversary and bankruptcy case numbers, case chapter and judge's initials.*

In re: Caritas Health Care, Inc.             Bankruptcy Case No.: 1−09−40901−cec

Caritas Health Care, Inc.

                              Plaintiff(s),

−against−                                   Adversary Proceeding No. 1−11−01095−cec

Glacial Energy of New York

                              Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| **Address of Clerk:** |
| --- |
| United States Bankruptcy Court |
| 271 Cadman Plaza East, Suite 1595 |
| Brooklyn, NY 11201−1800 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney:** |
| --- |
| Kenneth Oestreicher |
| Whiteford, Taylor & Preston, LLP |
| Seven Saint Paul Street |
| Suite 1800 |
| Baltimore, MD 21202 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| **Location:** United States Bankruptcy Court, 271 Cadman Plaza East, Courtroom 3529 − 3rd Floor, Brooklyn, NY 11201−1800 | **Date and Time:** June 29, 2011 at 01:00 PM |
| --- | --- |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: February 10, 2011                          Robert A. Gavin, Jr., Clerk of the Court

**Summons** [Summons and Notice of Pretrial Conf. rev. 03/16/2009]