WHITEFORD, TAYLOR & PRESTON L.L.P.

Kenneth Oestreicher, Esquire (ko8890)
Seven Saint Paul Street, Suite 1800
Baltimore, Maryland 21202
Tel: 410-347-9495
Fax: 410-625-7510
caritas@wtplaw.com

Special Counsel to the Debtors

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** <br><br> **CARITAS HEALTH CARE, INC., et al.,** <br><br>    Debtors. | Chapter 11 <br><br> Cases No. 09-40901 (CEC) through 09-40909 (CEC) <br><br> (Jointly Administered) |
| **CARITAS HEALTH CARE, INC.,** <br><br>    Plaintiff, <br><br> v. <br><br> **Glacial Energy of New York,** <br><br>    Defendant. | Adv. Pro. No. 11-01095-cec |

**LINE REQUESTING REISSUANCE OF SUMMONS**

Mr. / Ms. Clerk:

   Please reissue the summons for service upon the defendant in the above-referenced adversary proceeding. The plaintiff was unable to serve the original summons issued in this matter due to the process required to research and verify the defendant's current mailing

address and service information. The plaintiff now has obtained the defendant's mailing address or registered agent service information so that the summons and complaint may be served.

Dated: March 18, 2011
     Baltimore, Maryland

Respectfully submitted,

WHITEFORD, TAYLOR & PRESTON L.L.P.

 /s/ Kenneth Oestreicher
Kenneth Oestreicher, Esquire (ko8890)
Seven Saint Paul Street, Suite 1800
Baltimore, Maryland 21202
Tel: 410-347-9495
Fax: 410-625-7510
caritas@wtplaw.com

Special Counsel to the Debtors

*1942627*