WHITEFORD, TAYLOR & PRESTON L.L.P.

Kenneth Oestreicher, Esquire (ko8890)
Seven Saint Paul Street, Suite 1800
Baltimore, Maryland 21202
Tel: 410-347-9495
Fax: 410-625-7510
caritas@wtplaw.com

Special Counsel to the Debtors

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **CARITAS HEALTH CARE, INC., et al.,** | Cases No. 09-40901 (CEC) through 09-40909 (CEC) |
| Debtors. | (Jointly Administered) |
| **CARITAS HEALTH CARE, INC.,** | |
| Plaintiff, | |
| v. | |
| Glacial Energy of New York, | Adv. Pro. No. 1-11-01095-cec |
| Defendant. | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 25, 2011 copies of the *Supplemental Summons and Notice of Pretrial Conference* and the *Complaint to (I) Avoid Preferential and Fraudulent Transfers and to Recover Property Pursuant to 11 U.S.C. §§ 547, 548 and 550; and (II) Disallow Claims Pursuant to 11 U.S.C. § 502(d)* were served by first-class mail, postage prepaid, upon the following:

Glacial Energy of New York
Gary Mole, Officer
369 Lexington Avenue, Suite 205
New York, NY  10017

Glacial Energy of New York
Corporate Service Center, Inc., Agent
5190 Neil Road, Suite 430
Reno, NV  89502

Glacial Energy of New York
Eric Perkins, Esq.
McElroy, Deutsch, Mulvaney & Carpenter
40 West Ridgewood Avenue
Ridgewood, NJ 07450

Dated:  March 25, 2011
         Baltimore, Maryland

Respectfully submitted,

WHITEFORD, TAYLOR & PRESTON L.L.P.

 /s/ Kenneth Oestreicher
Kenneth Oestreicher, Esquire (ko8890)
Seven Saint Paul Street, Suite 1800
Baltimore, Maryland 21202
Tel: 410-347-9495
Fax: 410-625-7510
caritas@wtplaw.com

Special Counsel to the Debtors

*1946454*